IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**ALL CASES IN WHICH ALLISON L. CARR IS ATTORNEY OF RECORD FOR BERNSTEIN-BURKLEY, P.C.**<br><br>**ALLISON L. CARR AND KERI P. EBECK,**<br><br>Movants. | Misc. Docket No. _____ |

**OMNIBUS JOINT MOTION TO WITHDRAW THE APPEARANCE OF ALLISON L. CARR AND ENTER THE APPEARANCE OF KERI P. EBECK**

Movants, Allison L. Carr, previous counsel representing various parties in the attached Exhibit of cases, and Keri P. Ebeck, of Bernstein-Burkley, PC, file this *Omnibus Joint Motion to Withdraw the Appearance of Allison L. Carr and Enter the Appearance of Keri P. Ebeck*, and in support hereof state as follows:

1. Allison L. Carr, of the law firm of Bernstein-Burkley, PC, entered her appearance on behalf of various parties in the attached list of bankruptcy cases. A true and correct copy of the list of cases in which Allison L. Carr is the attorney of record is attached hereto and marked as Exhibit A.

2. Allison L. Carr has voluntarily resigned from her employment with Bernstein-Burkley, PC as of June 19, 2018. Therefore, Allison L. Carr requests to have her name withdrawn as the attorney of record in the attached list of bankruptcy cases pending before this Honorable Court.

3. Keri P. Ebeck, of Bernstein-Burkley, PC, requests to be substituted as the attorney of record in the attached list of bankruptcy cases.

4. The withdrawals and substitutions requested would not prejudice any party in interest, as the clients of Bernstein-Burkley, PC in the attached list of bankruptcy cases continue to be represented by Bernstein-Burkley, PC.

WHEREFORE, Allison L. Carr and Keri P. Ebeck respectfully request that this Honorable Court allow the withdrawal of Allison L. Carr from the bankruptcy cases listed in Exhibit A and substitute the appearance of Keri P. Ebeck of Bernstein-Burkley, PC.

Respectfully submitted,

| | |
|---|---|
| */s/ Allison L. Carr* | */s/ Keri P. Ebeck* |
| Allison L. Carr, PA ID No. 203815 | Keri P. Ebeck, PA ID No. 91298 |
| acarr@bernsteinlaw.com | kebeck@bernsteinlaw.com |
| Bernstein-Burkley, PC | Bernstein-Burkley, PC |
| 707 Grant Street, Suite 2200 | 707 Grant Street, Suite 2200 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| T: (412) 456-8100 | T: (412) 456-8100 |
| F: (412) 456-8135 | F: (412) 456-8135 |